IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Richard Allen, | : | |
| Plaintiff | : | Civil Action 2:11-cv-0764 |
| v. | : | Judge Smith |
| Midwest First Star, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## Status Conference Order

On June 14, 2012, counsel for the parties participated in a telephone status conference with the Magistrate Judge. By agreement, the June 2012 Settlement Week mediation has been rescheduled for June 27 at 1:30 p.m. before Settlement Week Mediator Jim Carpenter.

Discovery. There is some written discovery outstanding. Counsel are in the process of noticing deposition for August. All discovery should be completed by the current August 31 deadline.

s/Mark R. Abel
United States Magistrate Judge