IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Richard Allen, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00764 |
| v. | : | Judge Smith |
| Midwest First Star, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

Dispositive motions must be filed on or before July 10, 2013.

s/Mark R. Abel
United States Magistrate Judge
