UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD ALLEN,**

      Plaintiff,

                                      Case No.: 2:11-cv-764

v.                                         JUDGE SMITH

                                      Magistrate Judge Abel

**MIDWEST FIRST STAR, INC.,**

      Defendant.

## ORDER

This case was reported as settled following a settlement conference with Magistrate Judge Abel.  The parties are still working on finalizing the settlement agreement to writing.  The Court **CONDITIONALLY DISMISSES** this case, subject to a motion to reopen the case, filed within thirty days after the date of this order if all of the terms and conditions of the settlement have not been fulfilled.

The Clerk shall remove this case from the Court's pending cases and motions lists.

        IT IS SO ORDERED.

                                                        */s/ George C. Smith*
                                                        **GEORGE C. SMITH, JUDGE**
                                                        **UNITED STATES DISTRICT COURT**